IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:09CV526

| | |
|---|---|
| STEPHEN ALLAN SKIPWITH, )<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant ) | CONSENT ORDER |

This action is being submitted to the Court for entry of a consent order agreed to by the parties, as it appears that the Plaintiff, by and through his attorney, has executed this consent order; and the Defendant has executed this consent order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the plaintiff's attorney the sum of $779.04 for attorney fees and costs in full and final settlement of all claims due against the Social Security Administration for attorney fees and costs arising under the Equal Access to Justice Act. 28 U.S.C. § 2412(d).

It is therefore ordered that the Commission of Social Security pay to plaintiff's attorney, the sum of $779.04 in full satisfaction of any and all claims arising under the Equal Access to Justice Act and upon the payment of such sum this case is dismissed with prejudice.

This the 14th day of June, 2010.

*/s/ Louise W. Flanagan*

LOUISE W. FLANAGAN
United States District Court Judge

Consented to:

*(signature)*
Vaughn S. Clauson
Attorney for Plaintiff

*(signature)*
Charlotte M. Connery-Aujla
Special Assistant United States Attorney
For Defendant